UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:                                    )          BK No.:   11-22008
James Williams                            )
                                          )          Chapter: 7
                                          )          Honorable Bruce W. Black
                                          )
                                          )
           Debtor(s)                      )

### ORDER TO WITHDRAW UNCLAIMED FUNDS

   IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to
pay $1,100.00 to Cora L. Williams, claimant, c/o Dilks & Knopik, LLC, in the above captioned case.

   Claimant's last four digits of Social Security number or EIN #: 4092
Dilks & Knopik, LLC's last four digits of EIN #: 9851

Pursuant to the Change of Address previously filed with the Court, the funds should be sent to: The
Estate of Cora L. Williams, claimant, c/o Dilks & Knopik, LLC, c/o Dilks & Knopik, LLC
35308 SE Center Street, Snoqualmie, WA 98065

                                          Enter:        _Bruce W. Black_

                                                        Honorable Bruce W. Black
                                                        United States Bankruptcy Judge

Dated:   October 05, 2016

**Prepared by:**

David R. Herzog
HERZOG & SCHWARTZ, P.C.
77 W. Washington Street, Suite 1400
Chicago, IL 60602
312-977-1600